IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-1785-JLK**

**NEIL TINIO**,

      Plaintiff,

v.

**GREENBERG, STEIN & ASSOCIATES, LLC and
DOES 1-10, inclusive**,

      Defendants.

## ORDER DISCHARGING TO SHOW CAUSE

**KANE, J. ORDERS**

Sufficient cause having been shown, the Order to Show Cause is **DISCHARGED**. Plaintiff shall have an additional 120 days from the original date of filing within which to serve the Complaint on defendants, up to and including March 5, 2012. Any further extensions should be sought by motion.

DATED at Denver, Colorado this 24th day of January, 2012.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT