**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Judge John L. Kane

Civil Case **No. 11-cv-1785-JLK**

**NEIL TINIO**,

    Plaintiff,

v.

**GREENBERG, STEIN & ASSOCIATES, LLC;** and
**DOES 1-10,** inclusive,

    Defendants.

---

ORDER
___

Kane., J.

Following the entry of a default judgment against Defendants, Plaintiff filed a Motion for Damages (doc. 10). Pursuant to 15 U.S.C. § 1692k(a)(2)(A), Plaintiff seeks statutory damages in the amount of $1,000.00. Because this amount is readily determined without need for any further accounting or investigation, no hearing is necessary. *See* Fed. R. Civ. P. 55(b). Furthermore, because I find this relief reasonable and approrpirate, Plaintiff's motion is GRANTED.

Accordingly, Plaintiff is awarded statutory damages in the amount of $1,000.00.

Dated: August 6, 2012        BY THE COURT:

                                                 **/s/ John L. Kane**
                                                 Senior U.S. District Court Judge